sion, Second Department. March 2, 1905.)
Action by Frederick Leu and others against
Ignatz Koscherak. No opinion. Motion to dismiss appeal granted on conditions expressed in
the order as entered.

LEWIS, Appellant, v. DELAWARE, L. &
W. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January
10, 1906.) Action by Sarah J. Lewis against
the Delaware, Lackawanna & Western Railroad
Company. No opinion. Judgment affirmed,
with costs.

LEWIS, Appellant, v. TOWN OF CORNWALL, Respondent. (Supreme Court, Appellate Division, Second Department. March 2,
1906.) Action by Alfred Lewis against the
town of Cornwall. No opinion. Motion for reargument or for leave to appeal to the Court
of Appeals denied.

LISCHINSKY, Appellant, v. HELLINGER,
Respondent. (Supreme Court, Appellate Division, First Department. March 9, 1906.) Appeal from Special Term, New York County.
Application of Louis Lischinsky against Samuel Hellinger. From an order denying a motion
to compel defendant, as attorney, to pay over
certain moneys, applicant appeals. Modified
and affirmed. Max Schleimer, for appellant.
Thomas J. O'Neill, for respondent.

PER CURIAM. To obviate any question as
to the order herein being pleaded as a bar, it
should be modified by adding a provision thereto that it is without prejudice to such further
action by petitioner as he may be advised;
and, as so modified, it should be affirmed, without costs.

LORD, Respondent, v. EQUITABLE LIFE
ASSUR. SOC. OF UNITED STATES, Appellant, et al. (Supreme Court, Appellate Division, Second Department. January 19, 1906.)
Action by Franklin B. Lord against the Equitable Life Assurance Society of the United
States, and Alfonso de Navarre and others.
No opinion. Motion for leave to appeal to the
Court of Appeals granted, and question certified.

LOVE, Respondent, v. BURTON, Appellant.
(Supreme Court, Appellate Division, Second
Department. March 2, 1906.) Action by
Harry Love against Charles L. Burton. No
opinion. Motion to dismiss appeal granted, with
$10 costs.

LOWENSTEIN et al., Appellants, v. JAFFE,
Respondent. (Supreme Court, Appellate Term,
February 27, 1906.) Appeal from Municipal
Court, Borough of Manhattan, Ninth District.
Action by Frank Lowenstein and others against
Samuel Jaffe. From a judgment for defendant, plaintiffs appeal. Reversed. Spiro & Was-

servogel (Isidor Wasservogel, of counsel),
appellants.

SCOTT, P. J. The verdict was clea[r]
against the evidence and should have been [set]
aside. There can be no doubt that the plainti[ffs]
were the brokers who brought the parties [to-]
gether and effected the exchange. The m[ost]
that the defendant showed was that he and [his]
associates, without legal authorization, attem[pt-]
ed to bring about an exchange, and fail[ed.]
Judgment reversed, and new trial granted, w[ith]
costs to appellants to abide the event.

GIEGERICH, J., concurs.

GREENBAUM, J. (concurring). This [ac-]
tion was originally brought against Grosn[er]
and Kalman, to recover broker's commissio[n]
for effecting an exchange of real property. T[he]
present defendants, who also claimed these co[m-]
missions as rival brokers, were interplead[ed,]
the original defendants having deposited [the]
fund in dispute in court. Unless defenda[nt]
could have maintained a legal claim agai[nst]
Grosner and Kalman, they must fail here. [The]
written authority to negotiate or offer for s[ale]
the property in question is shown by these [de-]
fendants, and under the rule declared in t[his]
department (Whiteley v. Terry, 83 App. D[iv.]
197, 82 N. Y. Supp. 89) they would be p[re-]
cluded from any recovery. Plaintiff's auth[or-]
ity was in writing, and Grosner and Kalm[an]
corroborate their claim. I vote for reversal.

LUDLOW, Appellant, v. GALINDO et a[l.,]
Respondents. (Supreme Court, Appellate [Di-]
vision, Second Department. March 2, 190[6.)]
Action by James B. Ludlow, as trustee, e[tc.,]
against Robert C. Galindo, and others. [No]
opinion. Judgment affirmed, with costs.

LUDLOW, Appellant, v. GILANDO et a[l.,]
Respondents. (Supreme Court, Appellate Di[vi-]
sion, Second Department. March 22, 190[6.)]
Action by James B. Ludlow against Robert [C.]
Gilando and others. No opinion. Motion [de-]
nied.

McAFEE v. WYCKOFF. (Supreme Cou[rt,]
Appellate Division, Second Department. Ma[rch]
16, 1906.) Action by Frederick L. McA[fee]
against Clarence F. Wyckoff. No opini[on.]
Judgment affirmed, without costs, on the op[in-]
ion of Mr. Justice Herrick at Trial Te[rm,]
89 N. Y. Supp. 996.

McCARTHY, Respondent, v. GILLIES et [al.,]
Appellants. (Supreme Court, Appellate Di[vi-]
sion, Second Department. March 16, 190[6.)]
Action by Eugene McCarthy against Edwin [J.]
Gillies and James H. Schmelzel, doing busin[ess]
under the firm name of Edwin J. Gillies & [Co.]
No opinion. Judgment of the Municipal Co[urt]
affirmed, with costs.

McCORMACK v. CODDINGTON et [al.]
(Supreme Court, Appellate Division, First [De-]
partment. January 22, 1906.) Action by A[n-]